## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**PORSCHA CAMPBELL,**

    Plaintiff,

    -vs-                                  Case No. 13-C-1066

**ECW, Inc., d/b/a Slice Restaurant,**

    Defendant.

## DECISION AND ORDER

The Court is in receipt of the plaintiff's petition for attorney's fees and costs. The Court finds that the hourly rate of — and the number of hours expended by — the plaintiff's attorney were reasonable. *Pickett v. Sheridan Health Care Ctr.*, 664 F.3d 632, 639 (7th Cir. 2011). The Court will also award costs as requested by the plaintiff.

Plaintiff's motion for attorney fees and costs [ECF No. 22] is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of the plaintiff as follows: $27,648.29 in back pay; $11,313.64 in front pay; $50,000 in compensatory and punitive damages; $12,105.00 in attorney's fees (53.8 hours at $225 per hour); and $219.09 in costs.

Dated at Milwaukee, Wisconsin, this 29th day of August, 2014.

                                                **SO ORDERED:**

                                                **HON. RUDOLPH T. RANDA**
                                                **U.S. District Judge**